**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1751**

JANICE WOLK GRENADIER,

        Plaintiff – Appellant,

      v.

BWW LAW GROUP, LLC, f/k/a Bierman, Geesing, Ward & Wood, LLC; HOWARD N. BIERMAN; EQUITY TRUSTEES, LLC; MARK R. GALBRAITH; WELLS FARGO; BANK OF AMERICA, f/k/a LaSalle Bank N.A., as successor-in-interest, Jointly and Severally, in their Official and Personal Capacities; OCWEN LOAN SERVICING, LLC, Jointly and Severally, in their Official and Personal Capacities,

        Defendants – Appellees,

      and

BANK OF AMERICA, f/k/a LaSalle Bank N.A.,

        Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:14-cv-00827-LMB-TCB)

Submitted: November 17, 2015    Decided: November 20, 2015

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Janice Wolk Grenadier, Appellant Pro Se. Robert Ryan Michael, BWW LAW GROUP, LLC, Richmond, Virginia; Syed Mohsin Reza, Mary Catherine Zinsner, TROUTMAN SANDERS LLP, Tysons Corner, Virginia; Nathaniel Patrick Lee, MCGUIREWOODS, LLP, Tysons Corner, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janice Grenadier appeals the district court's orders denying her various post-judgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Grenadier v. BWW Law Group, LLC</u>, No. 1:14-cv-00827-LMB-TCB (E.D. Va. June 15 & 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>